1  JAMES A. TIEMSTRA (Bar No. 96203)
   LISA LENHERR (Bar No. 258091)
2  TIEMSTRA LAW GROUP, PC
   1111 Broadway, Suite 1501
3  Oakland, CA  94607-4036
   Telephone No. (510) 987-8000
4  Facsimile No. (510) 987-7219
   E-mail: jat@tiemlaw.com
5
   Attorneys for Appellant
6  PIVOT POINT PARTNERS, LLC

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 In re:

11 INNOCENTI, LLC,                       No.  15-cv-04125-EMC

12          Debtor.

13

14 PIVOT POINT PARTNERS, LLC,

15          Appellant,                    STIPULATION TO EXTEND TIME FOR
                                          FILING BRIEFS
   v.
16
   INNOCENTI, LLC,
17
            Appellee.
18

19

20

21

22

23        COMES NOW, PIVOT POINT PARTNERS, LLC ("Pivot Point") by and through

24 its attorneys of record, Tiemstra Law Group, PC; E. Lynn Schoenmann, (the "Coyle Trustee"), by

25 and through her attorneys of record; and Barry Milgrom, (the "Innocenti Trustee"), by and

26 through his attorneys of record, and stipulate as follows:

27        WHEREAS, on September 8, 2015, Pivot Point filed a Notice of Appeal pursuant

28 to 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the Honorable Hannah L.

                                          1
                                                                     STIPULATION
   PPPS.366                                          USDC NO. 15-cv-04125-EMC

Blumenstiel, United States Bankruptcy Judge, entitled Order Denying Motion for Relief from Stay entered on August 24, 2015;

WHEREAS, on September 8, 2015, Pivot Point filed a Statement of Election to Appeal to the District Court;

WHEREAS, on October 15, 2015, the Record on Appeal in was entered in the docket of this Court;

WHEREAS, on October 15, 2015, a scheduling order (the "Scheduling Order") was issued which advised the parties that appellant's brief was to be filed and served on or before November 16, 2015 (the "Opening Brief Deadline"), the appellee's brief was to be filed and served 20 days after service of appellant's brief, and appellant's reply brief was to be filed and served within 10 days after service of appellee's brief;

WHEREAS, around the time of the Scheduling Order deadlines, the parties were engaged in mediation through the United States Bankruptcy Court for the Northern District of California's Bankruptcy Dispute Resolution Program ("BDRP") (*see* Bankr. Local Rules 9040-1 *et seq.*), in an attempt to reach a global compromise of issues arising from the *In re Innocenti* and *WB Coyle* bankruptcy cases;

WHEREAS, the subject of the within appeal is part of the global settlement discussion;

WHEREAS, given the then pending mediation, and in the interests of efficiency and judicial economy, the parties entered into a Stipulation to Extend Time for Filing Brief (Docket No. 5, filed Nov. 11, 2015), and this Court entered an Order extending the time to file the Opening Brief for sixty (60) days (Docket No. 6, entered, Nov. 13, 2015);

WHEREAS, the parties have now reached a global settlement and that settlement is being documented in preparation for approval by the Bankruptcy Court;

WHEREAS, the settlement contemplates dismissal of this appeal;

WHEREAS, the parties agree that in the interests of efficiency and judicial economy, the Opening Brief Deadline should be extended for an additional sixty (60) days to allow documentation of the settlement agreement and approval by the Bankruptcy Court;

2

STIPULATION

1  WHEREAS, all other deadlines set forth in the Scheduling Order shall remain the

2  same; and

3  WHEREAS, the proposed order is attached hereto as Exhibit "A" and made a part

4  hereof.

5  NOW, THEREFOR, IT IS HEREBY STIPULATED AND AGREED, by and

6  between Pivot Point, the Coyle Trustee, and the Innocenti Trustee, by and through their respective

7  counsels of record, and in consideration of the forgoing, that the Opening Brief Deadline in the

8  above-captioned appeal, shall be extended sixty (60) days.

9

10  Dated:  January 13, 2016                          TIEMSTRA LAW GROUP, PC

11

12  By:  / s / James A. Tiemstra
        JAMES A. TIEMSTRA
        Attorneys for
13      PIVOT POINT PARTNERS, LLC

14

15  Dated:  January 13, 2016                          FOX ROTHSCHILD, LLP

16

17  By:  / s / Michael A. Sweet
        MICHAEL A. SWEET
        Attorneys for Appellee
18      E. LYNN SCHOENMANN, Trustee of the
        Estate of WB Coyle (Bankr. Case No. 13-
19      32412)

20

21  Dated:  January 13, 2016                          DENTONS US LLP

22

23  By:  / s / Michael A. Isaacs
        MICHAEL A. ISAACS
24      Attorneys for Appellee
        BARRY MILGROM, Trustee of the Estate
25      of Innocenti, LLC (Bankr. Case No. 15-
        30690)
26

27

28

3                                          STIPULATION

1    WHEREAS, all other deadlines set forth in the Scheduling Order shall remain the

2    same; and

3    WHEREAS, the proposed order is attached hereto as Exhibit "A" and made a part

4    hereof.

5    NOW, THEREFOR, IT IS HEREBY STIPULATED AND AGREED, by and

6    between Pivot Point, the Coyle Trustee, and the Innocenti Trustee, by and through their respective

7    counsels of record, and in consideration of the forgoing, that the Opening Brief Deadline in the

8    above-captioned appeal, shall be extended sixty (60) days.

9

10   Dated: January 13, 2016            TIEMSTRA LAW GROUP, PC

11

12                                      By: _____

13                                      JAMES A. TIEMSTRA
                                        Attorneys for
                                        PIVOT POINT PARTNERS, LLC

14

15   Dated: January _____, 2016         FOX ROTHSCHILD, LLP

16

17                                      By: _____

18                                      MICHAEL A. SWEET
                                        Attorneys for Appellee
                                        E. LYNN SCHOENMANN, Trustee of the
19                                      Estate of WB Coyle (Bankr. Case No. 13-
                                        32412)

20

21   Dated: January _____, 2016         DENTONS US LLP

22

23                                      By: _____

24                                      MICHAEL A. ISAACS
                                        Attorneys for Appellee
25                                      BARRY MILGROM, Trustee of the Estate
                                        of Innocenti, LLC (Bankr. Case No. 15-
26                                      30690)

27

28

PPPS.366

STIPULATION

USDC NO. 15-cv-04125-EMC

1   WHEREAS, all other deadlines set forth in the Scheduling Order shall remain the

2   same; and

3   WHEREAS, the proposed order is attached hereto as Exhibit "A" and made a part

4   hereof.

5   NOW, THEREFOR, IT IS HEREBY STIPULATED AND AGREED, by and

6   between Pivot Point, the Coyle Trustee, and the Innocenti Trustee, by and through their respective

7   counsels of record, and in consideration of the forgoing, that the Opening Brief Deadline in the

8   above-captioned appeal, shall be extended sixty (60) days.

9

10   Dated: January _____, 2016                TIEMSTRA LAW GROUP, PC

11

12                                            By: _____
                                             JAMES A. TIEMSTRA
13                                           Attorneys for
                                             PIVOT POINT PARTNERS, LLC
14

15   Dated: January 13, 2016                 FOX ROTHSCHILD, LLP

16

17                                           By: _____
                                             MICHAEL A. SWEET
18                                           JACK PRAETZELLIS
                                             Attorneys for Appellee
19                                           E. LYNN SCHOENMANN, Trustee of the
                                             Estate of WB Coyle (Bankr. Case No. 13-
20                                           32412)

21

22   Dated: January _____, 2016              DENTONS US LLP

23

24                                           By: _____
                                             MICHAEL A. ISAACS
25                                           Attorneys for Appellee
                                             BARRY MILGROM, Trustee of the Estate
26                                           of Innocenti, LLC (Bankr. Case No. 15-
                                             30690)

27

28

3

1    WHEREAS, all other deadlines set forth in the Scheduling Order shall remain the

2    same; and

3    WHEREAS, the proposed order is attached hereto as Exhibit "A" and made a part

4    hereof.

5    NOW, THEREFOR, IT IS HEREBY STIPULATED AND AGREED, by and

6    between Pivot Point, the Coyle Trustee, and the Innocenti Trustee, by and through their respective

7    counsels of record, and in consideration of the forgoing, that the Opening Brief Deadline in the

8    above-captioned appeal, shall be extended sixty (60) days.

9

10   Dated:  January _____, 2016                      TIEMSTRA LAW GROUP, PC

11

12                                                                    By: _____

13                                                                          JAMES A. TIEMSTRA
                                                                          Attorneys for
                                                                          PIVOT POINT PARTNERS, LLC

14

15   Dated:  January _____, 2016                      FOX ROTHSCHILD, LLP

16

17                                                                    By: _____

18                                                                          MICHAEL A. SWEET
                                                                          Attorneys for Appellee
                                                                          E. LYNN SCHOENMANN, Trustee of the

19                                                                          Estate of WB Coyle (Bankr. Case No. 13-
                                                                          32412)

20

21   Dated:  January 13, 2016                           DENTONS US LLP

22

23                                                                    By: _____

24                                                                          MICHAEL A. ISAACS
                                                                          Attorneys for Appellee

25                                                                          BARRY MILGROM, Trustee of the Estate
                                                                          of Innocenti, LLC (Bankr. Case No. 15-

26                                                                          30690)

27

28

3                                                    STIPULATION

1  JAMES A. TIEMSTRA (Bar No. 96203)
   LISA LENHERR (Bar No. 258091)
2  TIEMSTRA LAW GROUP, PC
   1111 Broadway, Suite 1501
3  Oakland, CA  94607-4036
   Telephone No. (510) 987-8000
4  Facsimile No. (510) 987-7219
   E-mail: jat@tiemlaw.com
5
   Attorneys for Appellant
6  PIVOT POINT PARTNERS, LLC

7

8             IN THE UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  In re:

11  INNOCENTI, LLC,                          No.  15-cv-04125-EMC

12            Debtor.

13  ─────────────────────────────

14  PIVOT POINT PARTNERS, LLC,

15            Appellant,                      ORDER APPROVING STIPULATION TO
                                             EXTEND TIME FOR FILING BRIEFS
16  v.

17  INNOCENTI, LLC

18            Appellee.

19        Upon the annexed Stipulation to Extend Time for Filing Briefs, the Court having

20  reviewed the papers on file herein, being fully advised thereby and good cause appearing therefor,

21        IT IS HEREBY ORDERED, that the aforesaid Stipulation be, and the same is

22  hereby, approved and adopted in its entirety as the order of this Court.

23

24  IT IS SO ORDERED:

25  _____
    Edward M. Chen
26  U.S. District Judge

27                                                              EXHIBIT A

28

                                        1
                                                           ORDER APPROVING STIPULATION

1  JAMES A. TIEMSTRA (Bar No. 96203)
   LISA LENHERR (Bar No. 258091)
2  TIEMSTRA LAW GROUP, PC
   1111 Broadway, Suite 1501
3  Oakland, CA  94607-4036
   Telephone No. (510) 987-8000
4  Facsimile No. (510) 987-7219
   E-mail: jat@tiemlaw.com
5
   Attorneys for Appellant
6  PIVOT POINT PARTNERS, LLC

7

8              IN THE UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 In re:

11 INNOCENTI, LLC,                      No.  15-cv-04125-EMC

12           Debtor.

13
   PIVOT POINT PARTNERS, LLC,
14
             Appellant,                 PROOF OF SERVICE
15
   v.
16
   INNOCENTI, LLC,
17
             Appellee.
18

19

20

21

22

23

24

25

26

27

28

                                  1                      PROOF OF SERVICE

# PROOF OF SERVICE

Pivot Point Partners, LLC v. Innocenti, LLC; District Court Case No. 15-cv-04125-EMC


I, Susan M. LeBlanc, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 1111 Broadway, Suite 1501, Oakland, California 94607-4036. On January 14, 2016, I served the following document:

STIPULATION TO EXTEND TIME FOR FILING BRIEFS (and Proposed Order)

by transmission of the Notice of Electronic Filing by the Clerk on the following CM/ECF participants:

| ATTORNEYS FOR BARRY MILGROM, CHAPTER 7 TRUSTEE FOR THE ESTATE OF APPELLEE INNOCENTI, LLC:<br>Michael A. Isaacs<br>Dentons US LLP<br>Michael.Isaacs@dentons.com,<br>Alissa.Worthing@dentons.com | ATTORNEYS FOR E. LYNN SCHOENMANN, CHAPTER 7 TRUSTEE FOR THE ESTATE OF WB COYLE:<br>Michael A. Sweet<br>Fox Rothschild, LLP<br>msweet@foxrothschild.com,<br>cbryant@foxrothschild.com,<br>pchlum@foxrothschild.com |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 14, 2016, at Oakland, California.


_____
Susan M. LeBlanc

PPPS.366

PROOF OF SERVICE
USDC NO. 15-cv-04125-EMC