JAMES A. TIEMSTRA (Bar No. 96203)
LISA LENHERR (Bar No. 258091)
TIEMSTRA LAW GROUP, PC
1111 Broadway, Suite 1501
Oakland, CA  94607-4036
Telephone No. (510) 987-8000
Facsimile No. (510) 987-7219
E-mail: jat@tiemlaw.com

Attorneys for Appellant
PIVOT POINT PARTNERS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>INNOCENTI, LLC,<br><br>      Debtor. | No.  15-cv-04125-EMC |
| PIVOT POINT PARTNERS, LLC,<br><br>      Appellant,<br><br>v.<br><br>INNOCENTI, LLC,<br><br>      Appellee. | SIXTH STIPULATION TO EXTEND TIME FOR FILING BRIEFS |

COMES NOW, PIVOT POINT PARTNERS, LLC ("Pivot Point") by and through its attorneys of record, Tiemstra Law Group, PC; and Barry Milgrom, (the "Innocenti Trustee"), by and through his attorneys of record, and stipulate as follows:

WHEREAS, on September 8, 2015, Pivot Point filed a Notice of Appeal pursuant to 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the Honorable Hannah L. Blumenstiel, United States Bankruptcy Judge, entitled Order Denying Motion for Relief from Stay entered on August 24, 2015;

WHEREAS, on September 8, 2015, Pivot Point filed a Statement of Election to Appeal to the District Court;

WHEREAS, on October 15, 2015, the Record on Appeal in was entered in the docket of this Court;

WHEREAS, on October 15, 2015, a scheduling order (the "Scheduling Order") was issued which advised the parties that appellant's brief was to be filed and served on or before November 16, 2015 (the "Opening Brief Deadline"), the appellee's brief was to be filed and served 20 days after service of appellant's brief, and appellant's reply brief was to be filed and served within 10 days after service of appellee's brief;

WHEREAS, around the time of the Scheduling Order deadlines, the parties were engaged in mediation through the United States Bankruptcy Court for the Northern District of California's Bankruptcy Dispute Resolution Program ("BDRP") (*see* Bankr. Local Rules 9040-1 *et seq.*), in an attempt to reach a global compromise of issues arising from the *In re Innocenti* and *WB Coyle* bankruptcy cases;

WHEREAS, given the then pending mediation, and in the interests of efficiency and judicial economy, the parties entered into a Stipulation to Extend Time for Filing Brief (Docket No. 5, filed Nov. 11, 2015), and this Court entered an Order extending the time to file the Opening Brief for sixty (60) days (Docket No. 6, entered, Nov. 13, 2015);

WHEREAS, on January 13, 2016, the parties entered into a second Stipulation to Extend Time for Filing Brief, agreeing to continue the time to file the Opening Brief for an additional sixty (60) days to allow time to document a settlement in preparation for approval by

1   the Bankruptcy Court (Docket No. 9, filed Jan. 14, 2016), and this Court entered an Order

2   extending the time to file the Opening Brief for sixty (60) days (Docket No. 10, entered Jan. 19,

3   2016);

4      WHEREAS, on March 15, 2016, the parties entered into a third Stipulation to

5   Extend Time for Filing Brief, agreeing to continue the time to file the Opening Brief to and

6   including April 8, 2016, to allow time to document a settlement in preparation for approval by the

7   Bankruptcy Court (Docket No. 12, filed March 15, 2016), and this Court entered an Order

8   extending the time to file the Opening Brief to and including April 8, 2016 (Docket No. 15,

9   entered March 16, 2016);

10     WHEREAS, on April 8, 2016, the parties entered into a fourth Stipulation to

11  Extend Time for Filing Brief, agreeing to continue the time to file the Opening Brief to and

12  including May 6, 2016, to allow time to document a settlement in preparation for approval by the

13  Bankruptcy Court (Docket No. 16, filed April 8, 2016), and this Court entered an Order extending

14  the time to file the Opening Brief to and including May 6, 2016 (Docket No. 19, entered Apr. 11,

15  2016);

16     WHEREAS, on or about May 5, 2016, the parties entered into a fifth Stipulation to

17  Extend Time for Filing Brief, agreeing to continue the time to file the Opening Brief to and

18  including June 17, 2016, to allow time to document a settlement in preparation for approval by

19  the Bankruptcy Court (Docket No. 21, filed May 6, 2016), and this Court entered an Order

20  extending the time to file the Opening Brief to and including June, 2016 (Docket No. 23, entered

21  May 6, 2016);

22     WHEREAS, due in part to ongoing contested matters in the bankruptcy case that is

23  currently under submission, the parties have not finalized the settlement agreement but are

24  continuing their efforts to do so;

25     WHEREAS, the parties agree that in the interests of efficiency and judicial

26  economy, the Opening Brief Deadline should be extended to and including July 29, 2016, to

27  allow completion of the documentation of the settlement agreement and approval by the

28  Bankruptcy Court;

1  WHEREAS, all other deadlines set forth in the Scheduling Order shall remain the
2  same; and
3  WHEREAS, the proposed order is attached hereto as Exhibit "A" and made a part
4  hereof.
5  NOW, THEREFOR, IT IS HEREBY STIPULATED AND AGREED, by and
6  between Pivot Point and the Innocenti Trustee, by and through their respective counsels of record,
7  and in consideration of the forgoing, that the Opening Brief Deadline in the above-captioned
8  appeal, shall be extended to and including July 29, 2016.

Dated:  June 16, 2016                    TIEMSTRA LAW GROUP, PC


                                         By: _/ s / James A. Tiemstra_____
                                             JAMES A. TIEMSTRA
                                             Attorneys for Appellant
                                             PIVOT POINT PARTNERS, LLC


Dated:  June 16, 2016                    DENTONS US LLP


                                         By: _/ s / Jennifer C. Hayes_____
                                             JENNIFER C. HAYES
                                             Attorneys for Appellee
                                             BARRY MILGROM, Trustee of the Estate
                                             of Innocenti, LLC (Bankr. Case No. 15-
                                             30690)

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that I have concurrence in the filing of this document from Jennifer C. Hayes, pursuant to that certain email dated June 16, 2016, wherein Ms. Hayes authorized the use of a conformed signature.

Dated: June 16, 2016                TIEMSTRA LAW GROUP, PC


                                    By:  / s / James A. Tiemstra
                                         JAMES A. TIEMSTRA
                                         Attorneys for Appellant
                                         PIVOT POINT PARTNERS, LLC

| | |
|---|---|
| 1 | JAMES A. TIEMSTRA (Bar No. 96203) |
| | LISA LENHERR (Bar No. 258091) |
| 2 | TIEMSTRA LAW GROUP, PC |
| | 1111 Broadway, Suite 1501 |
| 3 | Oakland, CA  94607-4036 |
| | Telephone No. (510) 987-8000 |
| 4 | Facsimile No. (510) 987-7219 |
| | E-mail: jat@tiemlaw.com |
| 5 | |
| | Attorneys for Appellant |
| 6 | PIVOT POINT PARTNERS, LLC |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | |
| INNOCENTI, LLC, | No. 15-cv-04125-EMC |
| Debtor. | |
| PIVOT POINT PARTNERS, LLC, | ORDER APPROVING SIXTH STIPULATION TO EXTEND TIME FOR FILING BRIEFS |
| Appellant, | |
| v. | |
| INNOCENTI, LLC | |
| Appellee. | |

Upon the annexed Sixth Stipulation to Extend Time for Filing Briefs, the Court having reviewed the papers on file herein, being fully advised thereby and good cause appearing therefor,

IT IS HEREBY ORDERED, that the aforesaid Stipulation be, and the same is hereby, approved and adopted in its entirety as the order of this Court.

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District

[STAMP: IT IS SO ORDERED — Judge Edward M. Chen — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

EXHIBIT A

JAMES A. TIEMSTRA (Bar No. 96203)
LISA LENHERR (Bar No. 258091)
TIEMSTRA LAW GROUP, PC
1111 Broadway, Suite 1501
Oakland, CA 94607-4036
Telephone No. (510) 987-8000
Facsimile No. (510) 987-7219
E-mail: jat@tiemlaw.com

Attorneys for Appellant
PIVOT POINT PARTNERS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>INNOCENTI, LLC,<br><br>    Debtor. | No. 15-cv-04125-EMC |
| PIVOT POINT PARTNERS, LLC,<br><br>    Appellant,<br><br>v.<br><br>INNOCENTI, LLC,<br><br>    Appellee. | PROOF OF SERVICE |

# PROOF OF SERVICE

Pivot Point Partners, LLC v. Innocenti, LLC; District Court Case No. 15-cv-04125-EMC

I, Susan M. LeBlanc, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 1111 Broadway, Suite 1501, Oakland, California 94607-4036. On June 16, 2016, I served the following document:

SIXTH STIPULATION TO EXTEND TIME FOR FILING BRIEFS

by transmission of the Notice of Electronic Filing by the Clerk on the following CM/ECF participants:

| ATTORNEYS FOR BARRY MILGROM, CHAPTER 7 TRUSTEE FOR THE ESTATE OF APPELLEE INNOCENTI, LLC: | ATTORNEYS FOR E. LYNN SCHOENMANN, CHAPTER 7 TRUSTEE FOR THE ESTATE OF WB COYLE: |
|---|---|
| Michael A. Isaacs<br>Dentons US LLP<br>Michael.Isaacs@dentons.com,<br>Alissa.Worthing@dentons.com | Michael A. Sweet<br>Fox Rothschild, LLP<br>msweet@foxrothschild.com,<br>cbryant@foxrothschild.com,<br>pchlum@foxrothschild.com |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 16, 2016, at Oakland, California.

_____
Susan M. LeBlanc