JAMES A. TIEMSTRA (Bar No. 96203)
LISA LENHERR (Bar No. 258091)
TIEMSTRA LAW GROUP, PC
1111 Broadway, Suite 1501
Oakland, CA  94607-4036
Telephone No. (510) 987-8000
Facsimile No. (510) 987-7219
E-mail: jat@tiemlaw.com

Attorneys for Appellant
PIVOT POINT PARTNERS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>INNOCENTI, LLC,<br><br>Debtor. | No. 15-cv-04125-EMC |
| PIVOT POINT PARTNERS, LLC,<br><br>Appellant,<br><br>v.<br><br>INNOCENTI, LLC,<br><br>Appellee. | STIPULATION TO DISMISS APPEAL |

IT IS HEREBY STIPULATED, pursuant to Federal Rules of Bankruptcy

Procedure Rule 8023, by and between the parties hereto, by and through their respective counsel

of record, that the above-referenced appeal (District Court Case No. 15-cv-04125) be hereby dismissed, with each party to bear its own costs.

Dated: August 16, 2016            TIEMSTRA LAW GROUP, PC


                                  By: /s/ James A. Tiemstra
                                      JAMES A. TIEMSTRA
                                      Attorneys for Appellant
                                      PIVOT POINT PARTNERS, LLC

Dated: August 16, 2016            DENTONS US LLP


                                  By: /s/ Jennifer C. Hayes
                                      JENNIFER C. HAYES
                                      Attorneys for Appellee
                                      BARRY MILGROM, Trustee of the Estate
                                      of Innocenti, LLC (Bankr. Case No. 15-
                                      30690)

Dated: August 19, 2016

IT IS SO ORDERED

Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA